**Dated: March 15, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br><br> MELODY NAKINA LEWIS, <br><br><br> Debtor. | Case No. 18- 14388 SAH <br> (Chapter 7) |
| IAN′S ENTERPRISE, LLC, an Oklahoma limited liability company, <br><br> Plaintiff, <br> vs. <br><br> MELODY NAKINA LEWIS, <br><br> Defendant. | Adv. Pro. No. 19-1007 SAH |

**ORDER GRANTING AMENDED APPLICATION FOR AWARD OF ATTORNEY
FEES, NOTICE OF OPPORTUNITY FOR HEARING AND NOTICE OF HEARING**

COMES NOW, before me, the undersigned Judge, on March 11, 2020, at 9:30 a.m. for hearing the *Amended Application For Award Of Attorney fees, Notice Of Opportunity For Hearing And Notice Of Hearing* [Doc. 27] (the *"Application"*) filed February 18, 2020, by Ian's Enterprises, LLC ("Ian's") and the *Corrected Objection For Award Of Attorney Fees* [Doc. 29]

(the "*Objection*") filed February 25, 2020, by Stephen Harry. After reviewing the *Application* and *Objection* and hearing the arguments of counsel the Court FINDS that the *Application* should be and hereby is granted, as modified by the oral amendment by Ian's counsel, and Ian's counsel is entitled to an award of $5,653 in attorney's fees. The Court further FINDS that Stephen Harry has until April 6, 2020, by which date to pay the $5,653 and that if Stephen Harry does not pay $5,653 to Ian's counsel by April 6, 2020, that judgment will be entered in favor of Plaintiff and against Defendant on Plaintiff's complaint filed January 18, 2019.

**IT IS SO ORDERED.**

###

APPROVED:


/s/ Gary D. Hammond
GARY D. HAMMOND, #13825
MITCHELL & HAMMOND
An Association of Professional Entities
512 N.W. 12th Street
Oklahoma City, OK  73103
405.216.0007 Telephone
405.232.6358 Facsimile
gary@okatty.com
**ATTORNEYS FOR IAN'S ENTERPRISE, LLC**


/s/ Stephen A. Harry
STEPHEN A HARRY
3030 NW Expressway Suite 200
Oklahoma City, OK 73112
405-694.4353—phone
405-213-1486---fax
stephenaharry@sahlawoffice.com
**ATTORNEY FOR DEFENDANT,
MELODY LEWIS**