IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>MELODY NAKINA LEWIS,<br><br>                    Debtor. | Case No. 18- 14388 SAH<br>(Chapter 7) |
| IAN′S ENTERPRISE, LLC, an Oklahoma limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>MELODY NAKINA LEWIS,<br><br>                    Defendant. | Adv. Pro. No. 19-1007 SAH |

## NOTICE OF DEFAULT AND REQUEST FOR DEFAULT JUDGMENT

COMES NOW, Ian's Enterprise, LLC, and hereby gives notice that the undersigned has not received payment by Debtor's counsel as required pursuant to the Court's announcement at the January 23, 2020 trial and the *Order Granting Amended Application For Award Of Attorney Fees, Notice Of Opportunity For Hearing And Notice Of Hearing* filed March 15, 2020 [Doc. 31].

Respectfully Submitted,

/s/ Gary D. Hammond
Gary D. Hammond, OBA# 13825
MITCHELL & HAMMOND
An Association of Professional Entities
512 N.W. 12th Street
Oklahoma City, OK  73103
405.216.0007  - Telephone
405.232.6358  - Facsimile
gary@okatty.com - Email
**ATTORNEYS FOR IAN′S ENTERPRISE, LLC**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th day of April 2020, a true and correct copy of this document was electronically served using the CM/ECF system to:

Stephen Harry
4101 Perimeter Center Drive, Suite 110
Oklahoma City, OK 73112

                                      /s/ Gary D. Hammond
                                      Gary D. Hammond, OBA# 13825