```
                          United States Bankruptcy Court
                           Western District of Oklahoma

Ian's Enterprise, LLC,
         Plaintiff                                      Adv. Proc. No. 19-01007-SAH

Lewis,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 1087-5          User: sab             Page 1 of 1            Date Rcvd: Apr 09, 2020
                              Form ID: pdf006       Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
aty           +Gary D. Hammond,   512 NW 12th Street,   Oklahoma City, OK 73103-2407
aty           +Stephen A Harry,   3030 NW Expressway,   Suite 200,   Oklahoma City, OK 73112-5466
pla          ++IAN S ENTERPRISE LLC,   9450 SW GEMINI DR #39525,   BEAVERTON OR 97008-7105
               (address filed with court:  Ian's Enterprise, LLC,   9450 SW Gemini Drive #39525,
                 Beaverton, OR  97008)
dft           +Melody Nakina Lewis,   402 NE 115th Street,   Oklahoma City, OK 73114-7646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@oesc.state.ok.us Apr 09 2020 23:40:20
                Oklahoma Employment Security Commission,   PO Box 53039,   Oklahoma City, OK  73152-3039
ust           +E-mail/Text: USTPRegion20.OC.ECF@usdoj.gov Apr 09 2020 23:40:11     Charles Glidewell,
                United States Trustee,   215 Dean A. McGee Ave. 4th Fl.,   Oklahoma City, OK 73102-3479
ust           +E-mail/Text: USTPRegion20.OC.ECF@usdoj.gov Apr 09 2020 23:40:11     Felicia S Turner,
                215 Dean A. McGee Avenue,   Oklahoma City, OK 73102-3440
ust           +E-mail/Text: USTPRegion20.OC.ECF@usdoj.gov Apr 09 2020 23:40:11     United States Trustee,
                United States Trustee,   215 Dean A. McGee Ave., 4th Floor,   Oklahoma City, OK 73102-3479
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          John McClernon
ust          Katherine Wieland
ust          Lendy Heilaman
ust          Michele Adams
ust          Test UST
ust          Vickie Kaufman
ust          trustee11
                                                                                  TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              Gary D. Hammond    on behalf of Plaintiff    Ian's Enterprise, LLC gary@okatty.com,
               jessica@okatty.com
              Kevin M. Coffey    kevin@harrisandcoffey.com,
               kelly@harrisandcoffey.com;kcoffey@ecf.axosfs.com;kevinmcoffey60@gmail.com
              Kevin M. Coffey    on behalf of Trustee Kevin M. Coffey kevin@harrisandcoffey.com,
               kelly@harrisandcoffey.com;kcoffey@ecf.axosfs.com;kevinmcoffey60@gmail.com
              Stephen A Harry    on behalf of Defendant Melody Nakina Lewis stephenaharry@sahlawoffice.com,
               steveaharry@yahoo.com
              Stephen A Harry    on behalf of Debtor Melody Nakins Lewis stephenaharry@sahlawoffice.com,
               steveaharry@yahoo.com
              United States Trustee    Ustpregion20.oc.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

**Dated: April 9, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| MELODY NAKINA LEWIS, ) | Case No. 18-14388-SAH |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| IAN'S ENTERPRISE, LLC, ) | |
| an Oklahoma limited liability company, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. Pro. 19-01007-SAH |
| ) | |
| MELODY NAKINA LEWIS, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the (I) oral ruling of the Court on January 23, 2020,[1] (ii) the Order Granting

---

[1] Trial in this adversary proceeding commenced on January 23, 2020, and after the stipulated facts from the Final Pretrial Order filed on January 10, 2020 [Doc. 23], were read into the record by the Court, counsel for defendant Melody Nakina Lewis ("defendant Lewis") advised the Court that he did not agree with all of the Stipulations notwithstanding having reviewed,

(continued...)

**B 20-021**

Amended Application for Award of Attorney Fees, Notice of Opportunity for Hearing and Notice of Hearing[2] [Doc. 31], entered on March 15, 2020 (the "Fee Order"), and (iii) the Notice of Default and Request for Default Judgment[3] [Doc. 37] (the "Default Notice"), filed by plaintiff Ian's, this Court enters its judgment in favor of plaintiff Ian's and against defendant Lewis in the amount of $31,076.87, plus pre-judgment and post-judgment interest, for attorney's fees of $2,980.00 and for costs of $369.91, all of which are excepted from defendant Lewis' discharge pursuant to 11 U.S.C. § 523(a)(2)(A), (a)(2)(B) and (a)(6).

IT IS SO ORDERED.

# # #

---

[1](...continued)
agreed to and signed the Final Pretrial Order. Because the Stipulations in the Final Pretrial Order confess essential elements of the claims of Ian Enterprises, LLC ("plaintiff Ian's") against defendant Lewis, the Court concluded, for the reasons stated on the record, that, under the manifest injustice standard, amendment of the Final Pretrial Order should be allowed. However, as the amendment of the Stipulations would materially change plaintiff Ian's burden of proof at trial, the Court continued the trial, directed the filing of an Amended Final Pretrial Order, and permitted counsel for plaintiff Ian's to file an application for attorney's fees and costs incurred between January 10, 2020, and January 23, 2020, in preparation of trial in order to compensate plaintiff Ian's for the economic harm caused by defendant Lewis' mistake in signing the Final Pretrial Order with Stipulations to which he did not agree and failure to advise the Court and plaintiff Ian's until after trial had commenced.

[2]The Fee Order awarded plaintiff Ian's $5,653.00 in attorney's fees, directed counsel for defendant Lewis to pay such amount to counsel for plaintiff Ian's on or before April 6, 2020, and further directed that failure to remit payment of such amount to counsel for plaintiff Ian's by April 6, 2020, would result in entry of judgment in favor plaintiff Ian's and against defendant Lewis on plaintiff Ian's complaint filed on January 18, 2019.

[3]The Default Notice advises that counsel for plaintiff Ian's has not received payment in accordance with the Fee Order as of April 8, 2020.

B   20-021