**From:** Stephen Harry <stephenaharry@sahlawoffice.com>
**Sent:** Friday, March 20, 2020 1:49 PM
**To:** Gary <gary@OKAtty.com>
**Subject:** Pre-trial copy

Gary:

I have attached a corrected pre-trial order for your review. I think I marked out the items and statement that we disagree with and I added some exhibits to the list. I'm not sure if I had the complete document so if you see an error let me know. Also, I didn't correct the trial date.

Sincerely,


Stephen A Harry
3030 NW Expressway Suite 200
Oklahoma City, OK 73112
405-694.4353—phone
405-213-1486---fax
stephenaharry@sahlawoffice.com

From : jessica@OKAtty.com
To : stephenaharry@sahlawoffice.com
Sent : 3/26/2020 2:01 PM
Subject : Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Mr. Harry –

I've edited the Pre-trial order. I took out the sections that you had marked through and changed some formatting, but none of the content has changed. Please review and let me know if you approve for filing.

Thank you. Please call or email if you have any questions.

Sincerely,

Jessica Clark
Legal Assistant
jessica@okatty.com
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
Tel: 405.216.0007
Fax: 405.232.6358
www.oklahomabankruptcyattorneys.com



From: gary@OKAtty.com
To: stephenaharry@sahlawoffice.com
Sent: 4/03/2020 3:19PM
Subject: Ian's Enterprise v. Melody Lewis

Stephen –

My legal assistant has advised me that you are going to send her a revised PTO by tonight. Please note that we will upload the most recent PTO by noon on Monday. So, if you have any changes, please get the changes to us ASAP. Thank you.

Gary D. Hammond
Attorney at Law
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
405.216.0007 Phone
405.232.6358 Fax
405.229.1476 Cell
gary@okatty.com Email
www.oklahomabankruptcyattorneys.com

 cid:image001.jpg@01D56FB2.C104B270

From: gary@OKAtty.com
To : stephenaharry@sahlawoffice.com
Sent : 4/06/2020 3:24 PM
Subject : Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Stephen –

Are you going to be paying the court ordered attorney's fees today?

Gary D. Hammond
Attorney at Law
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
405.216.0007 Phone
405.232.6358 Fax
405.229.1476 Cell
gary@okatty.com Email
www.oklahomabankruptcyattorneys.com


cid:image001.jpg@01D56FB2.C104B270

From: gary@OKAtty.com
To : stephenaharry@sahlawoffice.com
Sent: 4/07/2020 3:27 PM
Subject : Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Stephen –

Did you get my email yesterday about the court ordered payment? Did you send the payment to me?

Gary D. Hammond
Attorney at Law
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
405.216.0007 Phone
405.232.6358 Fax
405.229.1476 Cell
gary@okatty.com Email
www.oklahomabankruptcyattorneys.com


cid:image001.jpg@01D56FB2.C104B270

From : gary@okatty.com
To : jessica@OKAtty.com
Sent : 4/07/2020 4:45 PM
Subject : Fwd: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Please file the notice you prepared this morning. Please make sure it has a c of s.

    Gary D. Hammond
    Mitchell & Hammond
    Association of Professional Entities
    512 N.W. 12th Street
    Oklahoma City, Oklahoma 73103
    405.216.0007 - Phone
    405.232.6358 - Fax
    405.229.1476 - Cell
    oklahomabankruptcyattorneys.com

    Sent from my iPhone

Begin forwarded message:

    **From:** Stephen Harry <stephenaharry@sahlawoffice.com>
    **Date:** April 7, 2020 at 3:53:38 PM CDT
    **To:** Gary <gary@okatty.com>
    **Subject: RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.**

    ?
    Gary:

    I didn�t see Monday email but I understand the debt is due. I do not have the funds to pay you. I�m not sure when I can save that up.

    Stephen Harry

---

**From:** Gary <gary@OKAtty.com>
**Sent:** Tuesday, April 7, 2020 3:27 PM
**To:** stephenaharry@sahlawoffice.com
**Subject:** Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Stephen �

Did you get my email yesterday about the court ordered payment? Did you send the payment to me?

Gary D. Hammond
Attorney at Law
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
405.216.0007 Phone
405.232.6358 Fax
405.229.1476 Cell
gary@okatty.com Email
www.oklahomabankruptcyattorneys.com


cid:image001.jpg@01D56FB2.C104B270

| Filters Used: | | Date Printed: **4/23/2020** |
|---|---|---|
| **1 Tagged Record** | **Phone Report** | Time Printed: **9:06AM** |
| | Form Format | Printed By: **JLC** |

| | | | |
|---|---|---|---|
| Date | **4/01/2020** Time **9:40AM** - **9:40AM** Duration - **0.00** (hours) | Code | **Tele Call** |
| Subject | **Telephone Conference with Stephen Harry** | Staff | **Jessica L Clark** |
| Client | **Ian Rupert** | MatterRef **Ian's Enterprise - Melody Lew** | MatterNo **6357.0006** |
| In From | | To | **JLC** |
| Phone1 | Phone2 | Phone3 | |
| Reminders | (days before) Follow **N** Done **N** Notify **Y** Hide **N** Trigger **N** Private **N** Status | | |
| Read **Y** Personal **N** Hold **N** Urgent **N** On Hold **N** Call Back **N** Returned **N** Will Call **N** | | | |
| User1 | | User3 | |
| User2 | | User4 | |

He said that he was planning on looking over it today and there is one more thing he wants to change.

He will get it done and sent back to me today or tomorrow. I will docket for Friday to check back with him if I haven't received anything.

| | | |
|---|---|---|
| Filters Used:<br>1 Tagged   Record | **Phone Report**<br>Form Format | Date Printed: **4/23/2020**<br>Time Printed: **9:07AM**<br>Printed By: **JLC** |

Date       **4/06/2020**        Time **2:20PM**   2:20PM   Duration - **0.00** (hours)    Code   **Tele Call**
Subject    **Telephone Conference with Stephen Harry - left message**        Staff   **Gary D. Hammond**
Client     **Ian Rupert**                        MatterRef   **Ian's Enterprise - Melody Lew**  MatterNo **6357.0006**
In From                                                                    To        **GDH**
Phone1                       Phone2                           Phone3
Reminders           (days before) Follow **N**  Done **Y**  Notify **N**  Hide **N**  Trigger **N**  Private **N**  Status
Read      **N**  Personal **N**   Hold **N**   Urgent **N**  On Hold **N**  Call Back **N**  Returned **N**  Will Call **N**
User1                                           User3
User2                                           User4
          **cell phone**

**Jessica**

| | |
|---|---|
| **From:** | Jessica |
| **Sent:** | Thursday, March 26, 2020 2:02 PM |
| **To:** | 'stephenaharry@sahlawoffice.com' |
| **Subject:** | Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla. |
| **Attachments:** | 2020 03 26 Revised Pre-trial order.pdf |
| | |
| **TimeMattersID:** | M1628ABA59BC6230 |
| **TM Contact:** | Ian Rupert |
| **TM Contact No:** | 6357 |
| **TM Matter No:** | 6357.0006 |
| **TM Matter Reference:** | Ian's Enterprise - Melody Lewis |

Mr. Harry –

I've edited the Pre-trial order. I took out the sections that you had marked through and changed some formatting, but none of the content has changed. Please review and let me know if you approve for filing.

Thank you. Please call or email if you have any questions.

Sincerely,

Jessica Clark
Legal Assistant
jessica@okatty.com
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
Tel: 405.216.0007
Fax: 405.232.6358
www.oklahomabankruptcyattorneys.com



# Jessica

| | |
|---|---|
| **From:** | Jessica |
| **Sent:** | Friday, April 3, 2020 1:52 PM |
| **To:** | 'Stephen Harry' |
| **Cc:** | Gary |
| **Subject:** | RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla. |
| | |
| **TimeMattersID:** | M2353ABAD2A47195 |
| **TM Contact:** | Ian Rupert |
| **TM Contact No:** | 6357 |
| **TM Matter No:** | 6357.0006 |
| **TM Matter Reference:** | Ian's Enterprise - Melody Lewis |

Thank you!

Thank you. Please call or email if you have any questions.

Sincerely,

Jessica Clark
Legal Assistant
jessica@okatty.com
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
Tel: 405.216.0007
Fax: 405.232.6358
www.oklahomabankruptcyattorneys.com



---

**From:** Stephen Harry <stephenaharry@sahlawoffice.com>
**Sent:** Friday, April 3, 2020 11:49 AM
**To:** Jessica <jessica@OKAtty.com>
**Subject:** RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Jessica:

I do need to make a couple changes…sorry but working from home is not the best plan for me. I will try to make the corrections and forward to you later today or tonight. Thanks for your understanding and you stay safe as well.

Sincerely,

1
Exhibit "A" - 011

Stephen A Harry
3030 NW Expressway Suite 200
Oklahoma City, OK 73112
405-694.4353—phone
405-213-1486---fax
stephenaharry@sahlawoffice.com

---

**From:** Jessica <jessica@OKAtty.com>
**Sent:** Friday, April 3, 2020 9:35 AM
**To:** stephenaharry@sahlawoffice.com
**Subject:** Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Mr. Harry –

I just wanted to check back with you regarding the Pre-Trial Order. Do you have any other changes that need to be made? Gary would like the it uploaded today if possible.

I hope you're doing well and staying safe.

Thank you. Please call or email if you have any questions.

Sincerely,

Jessica Clark
Legal Assistant
jessica@okatty.com
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
Tel: 405.216.0007
Fax: 405.232.6358
www.oklahomabankruptcyattorneys.com



**Jessica**

| | |
|---|---|
| **From:** | Jessica |
| **Sent:** | Monday, April 6, 2020 3:16 PM |
| **To:** | 'Stephen Harry' |
| **Cc:** | Gary |
| **Subject:** | RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla. |
| | |
| **TimeMattersID:** | MD3F5ABB0A730494 |
| **TM Contact:** | Ian Rupert |
| **TM Contact No:** | 6357 |
| **TM Matter No:** | 6357.0006 |
| **TM Matter Reference:** | Ian's Enterprise - Melody Lewis |

Thank you! I will upload it now.

Thank you. Please call or email if you have any questions.

Sincerely,

Jessica Clark
Legal Assistant
jessica@okatty.com
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
Tel: 405.216.0007
Fax: 405.232.6358
www.oklahomabankruptcyattorneys.com



---

**From:** Stephen Harry <stephenaharry@sahlawoffice.com>
**Sent:** Monday, April 6, 2020 2:59 PM
**To:** Jessica <jessica@OKAtty.com>
**Subject:** RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

I approve to upload.


Sincerely,


Stephen A Harry
3030 NW Expressway Suite 200

Oklahoma City, OK 73112
405-694.4353—phone
405-213-1486---fax
stephenaharry@sahlawoffice.com

---

**From:** Jessica <jessica@OKAtty.com>
**Sent:** Monday, April 6, 2020 1:09 PM
**To:** Stephen Harry <stephenaharry@sahlawoffice.com>
**Subject:** RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Mr. Hammond asked me to fix some of the formatting and add an objection to one of your exhibits. I've also made the change to (i). Please see attached and let me know if you approve to upload.

Thank you. Please call or email if you have any questions.

Sincerely,

Jessica Clark
Legal Assistant
jessica@okatty.com
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
Tel: 405.216.0007
Fax: 405.232.6358
www.oklahomabankruptcyattorneys.com



---

**From:** Stephen Harry <stephenaharry@sahlawoffice.com>
**Sent:** Monday, April 6, 2020 11:32 AM
**To:** Jessica <jessica@OKAtty.com>
**Subject:** RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

On page 4 you missed the letter (i) in the lettering, but everything else appears good.

Stephen Harry

---

**From:** Jessica <jessica@OKAtty.com>
**Sent:** Monday, April 6, 2020 11:20 AM

**To:** Stephen Harry <stephenaharry@sahlawoffice.com>
**Subject:** RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

I've made the changes. Please see attached and let me know if I have your approval to upload the order. Thank you!

Thank you. Please call or email if you have any questions.

Sincerely,

Jessica Clark
Legal Assistant
jessica@okatty.com
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
Tel: 405.216.0007
Fax: 405.232.6358
www.oklahomabankruptcyattorneys.com



---

**From:** Stephen Harry <stephenaharry@sahlawoffice.com>
**Sent:** Monday, April 6, 2020 10:18 AM
**To:** Jessica <jessica@OKAtty.com>
**Subject:** RE: Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Ms. Clark:

Sorry about the delay. I didn't realize the last email I sent to you was a Friday and you weren't working over the weekend. Here are my changes and deletions.

Page 2 under Facts: Under # 2 The first sentence show be stricken that states: "Defendant defaulted under the terms of the note." Also Delete # 5 entirely and Section G: Legal issues….#2 (Plaintiffz) should be (Defendant).

I hope that is clear…if you have any questions I am at home and you can reach me on my cell phone, 405-397-7765.
Thank you

Stephen Harry

**From:** Jessica <jessica@OKAtty.com>
**Sent:** Friday, April 3, 2020 9:35 AM
**To:** stephenaharry@sahlawoffice.com
**Subject:** Ian's Enterprise, LLC v. Melody Nakina Lewis, Case No. 19-01007, Bankr. W.D. Okla.

Mr. Harry –

I just wanted to check back with you regarding the Pre-Trial Order. Do you have any other changes that need to be made? Gary would like the it uploaded today if possible.

I hope you're doing well and staying safe.

Thank you. Please call or email if you have any questions.

Sincerely,

Jessica Clark
Legal Assistant
jessica@okatty.com
An Association of Professional Entities
512 NW 12th Street
Oklahoma City, OK 73103
Tel: 405.216.0007
Fax: 405.232.6358
www.oklahomabankruptcyattorneys.com

