IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>MELODY NAKINA LEWIS,<br><br>                              Debtor. | Case No. 18- 14388 SAH<br>(Chapter 7) |
| IAN′S ENTERPRISE, LLC, an Oklahoma limited liability company,<br><br>                              Plaintiff,<br><br>vs.<br><br>MELODY NAKINA LEWIS,<br><br>                              Defendant. | Adv. Pro. No. 19-1007 SAH |

## PLAINTIFF′S WITNESS AND EXHIBIT LIST

Plaintiff, Ian's Enterprise, LLC, an Oklahoma limited liability company ("Plaintiff") submits *Plaintiff's Witness and Exhibit List* for the hearing to consider the *Motion For Attorney's Fees And Costs With Brief In Support, Notice Of Opportunity For Hearing And Notice Of Hearing* filed May 8, 2020 [Doc. 47]. Plaintiff reserves the right to amend and/or supplement *Plaintiff's Witness and Exhibit List* prior to the hearing and/or to introduce any exhibits and call any witnesses needed for rebuttal purposes.

### WITNESSES

| | Witness | Expected Testimony |
|---|---|---|
| 1. | Ian Rupert<br>Ian's Enterprise, LLC<br>9450 SW Gemini Dr. #39525<br>Beaverton, OR 97008 | Mr. Rupert will testify regarding the facts and circumstances of this matter. |

## EXHIBIT LIST

|   | Title/Description |
|---|---|
| 1. | All pleadings filed in this case. |
| 2. | All invoices from Mitchell & Hammond to Ian's Enterprise, LLC. |

Respectfully Submitted,

/s/ Gary D. Hammond
Gary D. Hammond, OBA# 13825
MITCHELL & HAMMOND
An Association of Professional Entities
512 N.W. 12th Street
Oklahoma City, OK  73103
405.216.0007  - Telephone
405.232.6358  - Facsimile
gary@okatty.com - Email
**ATTORNEYS FOR IAN'S ENTERPRISE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2020, a true and correct copy of this document was electronically served using the CM/ECF system to:

Stephen Harry
4101 Perimeter Center Drive, Suite 110
Oklahoma City, OK 73112

/s/ Gary D. Hammond
Gary D. Hammond, OBA# 13825