**Dated: June 10, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>MELODY NAKINA LEWIS,<br><br>                                        Debtor. | Case No. 18- 14388 SAH<br>(Chapter 7) |
| IAN'S ENTERPRISE, LLC, an Oklahoma limited liability company,<br><br>                                        Plaintiff,<br><br>vs.<br><br>MELODY NAKINA LEWIS,<br><br>                                        Defendant. | Adv. Pro. No. 19-1007 SAH |

**ORDER GRANTING
MOTION FOR ATTORNEYS FEES AND COSTS WITH BRIEF IN SUPPORT,
<u>NOTICE OF OPPORTUNITY FOR HEARING AND NOTICE OF HEARING [DOC. 47]</u>**

COMES NOW before me, the undersigned Judge, the *Motion For Attorneys Fees And Costs With Brief In Support, Notice Of Opportunity For Hearing And Notice Of Hearing* (the "*Motion*") filed by Ian's Enterprise, LLC ("Plaintiff") on May 8, 2020 [Doc. 47]. Counsel for Plaintiff represents that the

2

*Motion* was filed May 8, 2020 and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was May 29, 2020, which date has passed with no objection being filed. Based on the foregoing, the Court FINDS that the *Motion* should be, and hereby is, granted and Plaintiff is entitled to an award of attorney's fees of $13,033 and award of costs of $1,360.93, for a total of $14,393.93 in attorneys fees and costs, in this adversary proceeding. All findings of fact are based upon representation of counsel for Plaintiff.

IT IS SO ORDERED.

### 

APPROVED:


/s/ Gary D. Hammond_____
GARY D. HAMMOND, #13825
MITCHELL & HAMMOND
An Association of Professional Entities
512 N.W. 12th Street
Oklahoma City, Oklahoma  73103
405.216.0007 Telephone
405.232.26358 Facsimile
gary@okatty.com Email
COUNSEL FOR PLAINTIFF