# Notice Recipients

District/Off: 1087–5   User: sab   Date Created: 6/11/2020
Case: 19–01007   Form ID: pdf006   Total: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| ust | Vickie Kaufman |
| ust | Lendy Heilaman |
| ust | Katherine Wieland |
| ust | trustee11 |
| ust | Michele Adams |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| pla | Ian's Enterprise, LLC | 9450 SW Gemini Drive #39525 | Beaverton, OR 97008 | |
| dft | Melody Nakina Lewis | 402 NE 115th Street | Oklahoma City, OK 73114 | |
| aty | Gary D. Hammond | 512 NW 12th Street | Oklahoma City, OK 73103 | |
| aty | Stephen A Harry | 3030 NW Expressway | Suite 200 | Oklahoma City, OK 73112 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| ust | Charles Glidewell | United States Trustee | 215 Dean A. McGee Ave. 4th Fl. | Oklahoma City, OK 73102 |
| ust | Felicia S Turner | 215 Dean A. McGee Avenue | Oklahoma City, OK 73102 | |
| ust | Test UST | , OK | | |
| ust | John McClernon | , OK | | |

TOTAL: 10