United States Bankruptcy Court
Western District of Oklahoma

Ian's Enterprise, LLC,
    Plaintiff

Lewis,
    Defendant

Adv. Proc. No. 19-01007-SAH

## CERTIFICATE OF NOTICE

District/off: 1087-5    User: sab    Page 1 of 1    Date Rcvd: Jun 11, 2020
Form ID: pdf006    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.
```
aty            +Gary D. Hammond,    512 NW 12th Street,    Oklahoma City, OK 73103-2407
aty            +Stephen A Harry,    3030 NW Expressway,    Suite 200,    Oklahoma City, OK 73112-5466
pla           ++IAN S ENTERPRISE LLC,    9450 SW GEMINI DR #39525,    BEAVERTON OR 97008-7105
               (address filed with court:   Ian's Enterprise, LLC,    9450 SW Gemini Drive #39525,
                 Beaverton, OR   97008)
dft            +Melody Nakina Lewis,    402 NE 115th Street,    Oklahoma City, OK 73114-7646
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@oesc.state.ok.us Jun 11 2020 23:43:41
                Oklahoma Employment Security Commission,    PO Box 53039,    Oklahoma City, OK  73152-3039
ust            +E-mail/Text: USTPRegion20.OC.ECF@usdoj.gov Jun 11 2020 23:43:27     Charles Glidewell,
                United States Trustee,    215 Dean A. McGee Ave. 4th Fl.,    Oklahoma City, OK 73102-3479
ust            +E-mail/Text: USTPRegion20.OC.ECF@usdoj.gov Jun 11 2020 23:43:26     Felicia S Turner,
                215 Dean A. McGee Avenue,    Oklahoma City, OK 73102-3440
ust            +E-mail/Text: USTPRegion20.OC.ECF@usdoj.gov Jun 11 2020 23:43:27     United States Trustee,
                United States Trustee,    215 Dean A. McGee Ave., 4th Floor,    Oklahoma City, OK 73102-3479
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             John McClernon
ust             Katherine Wieland
ust             Lendy Heilaman
ust             Michele Adams
ust             Test UST
ust             Vickie Kaufman
ust             trustee11
                                                                                 TOTALS: 7, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:
```
              Gary D. Hammond    on behalf of Plaintiff    Ian's Enterprise, LLC gary@okatty.com,
               jessica@okatty.com
              Stephen A Harry    on behalf of Defendant Melody Nakina Lewis stephenaharry@sahlawoffice.com,
               steveaharry@yahoo.com
                                                                                             TOTAL: 2
```

**Dated: June 10, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br><br> MELODY NAKINA LEWIS, <br><br> Debtor. | Case No. 18- 14388 SAH <br> (Chapter 7) |
| IAN'S ENTERPRISE, LLC, an Oklahoma limited liability company, <br><br> Plaintiff, <br> vs. <br><br> MELODY NAKINA LEWIS, <br><br> Defendant. | Adv. Pro. No. 19-1007 SAH |

**ORDER GRANTING
MOTION FOR ATTORNEYS FEES AND COSTS WITH BRIEF IN SUPPORT,
NOTICE OF OPPORTUNITY FOR HEARING AND NOTICE OF HEARING [DOC. 47]**

COMES NOW before me, the undersigned Judge, the *Motion For Attorneys Fees And Costs With Brief In Support, Notice Of Opportunity For Hearing And Notice Of Hearing* (the "*Motion*") filed by Ian's Enterprise, LLC ("Plaintiff") on May 8, 2020 [Doc. 47]. Counsel for Plaintiff represents that the

*Motion* was filed May 8, 2020 and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was May 29, 2020, which date has passed with no objection being filed. Based on the foregoing, the Court FINDS that the *Motion* should be, and hereby is, granted and Plaintiff is entitled to an award of attorney's fees of $13,033 and award of costs of $1,360.93, for a total of $14,393.93 in attorneys fees and costs, in this adversary proceeding. All findings of fact are based upon representation of counsel for Plaintiff.

IT IS SO ORDERED.

###

APPROVED:

/s/ Gary D. Hammond
GARY D. HAMMOND, #13825
MITCHELL & HAMMOND
An Association of Professional Entities
512 N.W. 12th Street
Oklahoma City, Oklahoma  73103
405.216.0007 Telephone
405.232.26358 Facsimile
gary@okatty.com Email
COUNSEL FOR PLAINTIFF